**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

WALLACE BEGAY,

Plaintiff,

v. No. 1:26-cv-01846-JHR

CITY OF AZTEC,
JEFF BLACKBURN, individually,
DENVER DEWEES, individually,
CHARLES DOBEY, individually,
EDWARD KOTYK, individually, and
COLBY LANE KING, individually,

Defendants.

**ORDER REGARDING SERVICE**

The statute governing proceedings *in forma pauperis*, 28 U.S.C. § 1915, provides that "officers of the court shall issue and serve all process, and perform all duties in [proceedings *in forma pauperis*]"). 28 U.S.C. § 1915(d). Because Plaintiff is authorized to proceed *in forma pauperis* under 28 U.S.C. § 1915, the Court orders the Clerk of the Court to notify Defendants Blackburn, Dewees, Dobey, Kotyk and King ("the individual Defendants"), at the addresses provided by Plaintiff in his Notice, that an action has been commenced and request that the individual Defendants waive service pursuant to Fed. R. Civ. P. 4(d). *See* Doc. 5, filed June 16, 2026 (granting Plaintiff's motion to proceed *in forma pauperis*); Notice, Doc. 7, filed July 6, 2026.

**IT IS ORDERED** that the Clerk of the Court notify the individual Defendants that an action has been commenced and request that the individual Defendants waive service pursuant to Fed. R. Civ. P. 4(d). The notice shall include a copy of this Order, a waiver of service form, and a copy of Plaintiff's Complaint, Doc. 1, filed June 8, 2026. The Clerk shall mail the notice, waiver

of service form, a copy of this Order and a copy of the Complaint to the individual Defendants at the following addresses:

Jeff Blackburn
506 Western Dr
Aztec, NM 87410

Denver Dewees
200 Bonita Park Road
Capitan, NM 88316

Charles Dobey
407 Heiland Rd
Aztec, NM 87410

Edward Kotyk
201 W. Chaco Street
Aztec, NM 87410

Colby L. King
903 Anasazi Dr.
Aztec, NM 87410

If the docket shows that any individual Defendant did not return the waiver within 45 days after mailing of the notice, waiver form, and copy of the Complaint, then Plaintiff shall file a motion requesting that officers of the Court serve a copy of the summons and Complaint on those Defendants.

**Jerry H. Ritter**
**UNITED STATES MAGISTRATE JUDGE**