**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

WALLACE BEGAY,

Plaintiff,

v. No. 1:26-cv-01846-JHR

CITY OF AZTEC,
JEFF BLACKBURN, individually,
DENVER DEWEES, individually,
CHARLES DOBEY, individually,
EDWARD KOTYK, individually, and
COLBY LANE KING, individually,

Defendants.

**ORDER GRANTING MOTION TO FILE ELECTRONICALLY**

THIS MATTER is before the Court on the motion of pro se plaintiff, Wallace Begay, for leave to file documents electronically via the Case Management/Electronic Case Files (CM/ECF) system. [Doc. 16]. Plaintiff requests permission to electronically file documents in this case and states that he has regular access to a computer and is capable of receiving electronic notices and filing documents through the CM/ECF electronic filing system.

The Court grants Plaintiff permission to file electronically in this case only. *See* Guide for Pro Se Litigants at 13, District of New Mexico (October 2022) ("[A]pproval to electronically file documents within a case must be granted by the presiding judge for each case in which the *pro se* litigant wishes to file using their CM/ECF account"). The Court will revoke permission to file electronically if Plaintiff abuses his electronic filing privilege or fails to comply with the rules and procedures in the District of New Mexico's Guide for Pro Se Litigants and the District of New Mexico's CM/ECF Administrative Procedures Manual. Account registration forms, procedure manuals, and other information can be obtained at the Court's website at

http://www.nmd.uscourts.gov/filing-information. This Order only grants Plaintiff permission to participate in CM/ECF; Plaintiff is responsible for registering to become a participant. *See* CM/ECF Administrative Procedures Manual, District of New Mexico (Revised June 2024).

**FOR THE FOREGOING REASONS**, Plaintiff's Motion for Leave to File Electronically [Doc. 16] is GRANTED.

**IT IS SO ORDERED** this 1st day of September 2026.

HON. JERRY H. RITTER
United States Magistrate Judge